UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHARLIE ZAKI ABUJUDEH, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:21-mj-00845-PK <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF MOTION TO**
**ADMIT COUNSEL *PRO HAC VICE***

TO: Opposing Counsel
Jonathan Powell Lax
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificates of Good Standing annexed thereto, I, Russell D. Duncan will move this Court pursuant to Rule 1.3(c) of the Local Rules of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of Clark Hill PLC and a member in good standing of the bars of the States of Maryland and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for Defendant, Charlie Zaki Abujudeh. There are no pending disciplinary proceedings against me in any state or federal court.

Dated: January 11, 2022                    Respectfully submitted,

                                           _____
                                           Russell D. Duncan, Esq.
                                           Clark Hill PLC
                                           1001 Pennsylvania Avenue, N.W.
                                           Suite 1300 South
                                           Washington, DC 20004
                                           Email:      rduncan@clarkhill.com
                                           Telephone:  (202) 640-6657
                                           Facsimile:  (202) 552-2377

2