**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | ) |
| v. | ) |
|  | ) |
| CHARLIE ZAKI ABUJUDEH, | ) Case No. 1:21-mj-00845-PK |
|  | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Russell D. Duncan, Esq. of Clark Hill PLC hereby enters his appearance on behalf of Defendant Charlie Zaki Abujudeh. Mr. Duncan hereby requests to receive Notice of Electronic Filings of all documents in the above-referenced case.

Respectfully submitted,

/s/ Russell D. Duncan
Russell D. Duncan, Esq.
(Admitted *Pro Hac Vice*)
Clark Hill PLC
1001 Pennsylvania Avenue, N.W.
Suite 1300 South
Washington, DC 20004
Telephone: (202) 640-6657
Facsimile: (202) 552-2377
Email: rduncan@clarkhill.com

*Counsel for Defendant*
*Charlie Zaki Abujudeh*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2022, a true and correct copy of the above and foregoing *Notice of Appearance* was electronically filed with the Clerk of the Court, which will send notice to the following counsel of record:

Jonathan P. Lax, Esq.
United States Attorney's Office
271 Cadman Plaza East
Brooklyn, NY 11201
*Counsel for United States of America*

Christopher Bruno, Esq.
Bruno & Degenhardt
10615 Judicial Drive
Suite 703
Fairfax, VA 22030
*Counsel for Defendant Charlie Z. Abujudeh*

/s/ Russell D. Duncan
Russell D. Duncan, Esq.

K8025\433034\265764497