UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　　v.　　　　　　　　　　　　　　　21-M-845-PK

CHARLIE ZAKI ABUJUDEH,

　　　　Defendant.

**ORDER GRANTING CONSENT MOTION**
**TO WITHDRAW AS COUNSEL**

This case has come before the Court upon the application of Christopher Bruno, for permission to withdraw as counsel for Defendant Charlie Zaki Abujudeh.

Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said Consent Motion to Withdraw as Counsel, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Brooklyn, New York, this 28th day of February, 2022.

*Peggy Kuo*
_____
The Honorable Peggy Kuo
Magistrate Judge
Eastern District of New York